**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

HOLLEY SIDES,

    Plaintiff,

v.                                                Case No. 3:15-cv-153-J-32PDB

ADVANCED DISPOSAL SERVICES
NATIONAL ACCOUNTS, INC., a
Foreign Profit Corporation and
ADVANCED DISPOSAL SERVICES
SOUTH, INC., a Foreign Profit
Corporation,

    Defendants.

## O R D E R

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. 20). On March 15, 2016, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 22) recommending that the Court grant the parties' motion for approval of the settlement agreement, approve the parties' settlement agreement as a fair and reasonable resolution of bona fide FLSA disputes, direct Plaintiff Holley Sides to file a motion to dismiss with prejudice or other appropriate documents to close the file, and direct that, failing Sides's timely filing of a motion to dismiss with prejudice or other appropriate document to close the file, the case be automatically deemed dismissed with prejudice without further order.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 22), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 22) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement (Doc. 20) is **GRANTED**.

3. Consistent with the settlement agreement and Federal Rule of Civil Procedure 41(a)(2), Sides shall, within 14 days of this Order, file a motion to dismiss with prejudice or other appropriate document to close the file.

4. Failing Sides's timely filing of a motion to dismiss with prejudice or other appropriate document to close the file, the case will be automatically deemed dismissed with prejudice without further order.

**DONE AND ORDERED** in Jacksonville, Florida the 4th day of April, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

2

Counsel of record